CLOSED

**U.S. District Court**
**Eastern District of Michigan (Detroit)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-14093-JAC-RSW**
**Internal Use Only**

Waycaster v. C R Bard, Incorporated et al
Assigned to: Honorable Julian Abele Cook
Referred to: Honorable R. Steven Whalen
Case in other court: Genesee County, 07-87035
Cause: No cause code entered

Date Filed: 09/27/2007
Date Terminated: 11/14/2007
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Sandra Waycaster** represented by **Scott W. Rooney**
Morgan Meyers
3200 Greenfield Road
Suite 260
Dearborn, MI 48120-1802
313-961-0130
Fax: 313-961-8178
Email: srooney@morganmeyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard, Incorporated** represented by **Christopher J. Predko**
Warner, Norcross,
111 Lyon Street, N.W.
Suite 900
Grand Rapids, MI 49503-2487
616-752-2000
Email: cpredko@wnj.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Incorporated**
*a foreign corporation and affiliate of C R Bard, Incorporated*
represented by **Christopher J. Predko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Medical Division** represented by **Christopher J. Predko**
(See above for address)
*LEAD ATTORNEY*

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By ______ Deputy

Case 1:07-cv-01948-ML-LDA Document 2-4 Filed 11/15/2007 Page 2 of 2

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2007 | 1 | NOTICE OF REMOVAL by all defendants from Genesee County, case number 07-87035. Receipt No: 562352 - Fee: $ 350 (DHam) (Entered: 10/01/2007) |
| 10/04/2007 | 2 | ANSWER to Complaint with Affirmative Defenses with Jury Demand by all defendants. (Predko, Christopher) (Entered: 10/04/2007) |
| 10/04/2007 | 3 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by C R Bard, Incorporated (Predko, Christopher) (Entered: 10/04/2007) |
| 10/04/2007 | 4 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Davol, Incorporated (Predko, Christopher) (Entered: 10/04/2007) |
| 10/04/2007 | 5 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Bard Medical Division (Predko, Christopher) (Entered: 10/04/2007) |
| 10/05/2007 | 6 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by C R Bard, Incorporated (Predko, Christopher) (Entered: 10/05/2007) |
| 10/05/2007 | 7 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Davol, Incorporated (Predko, Christopher) (Entered: 10/05/2007) |
| 11/14/2007 | 8 | MDL Certified Transfer Order (CTO-7) To District of Rhode Island - MDL # 1842. (SSch) (Entered: 11/15/2007) |
| 11/14/2007 | 9 | NOTICE transferring case to *DISTRICT OF RHODE ISLAND* for MDL 1842. (SSch) (Entered: 11/15/2007) |